**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ZI HE WU,**

                **Petitioner,**             **9:19-cv-1284**
                                                 **(GLS/CFH)**
             **v.**

**LORRAINE JONES,**

                **Respondent.**

## ORDER

The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Christian F. Hummel, duly filed March 8, 2022. (Dkt. No. 8.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections[1] having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 8) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the petition (Dkt. No. 1) is **DENIED** and **DISMISSED**; and it is further

---

[1] On March 8, 2023, petitioner filed a letter advising the court that he has been released from confinement, his period of supervised release "is about to end," and that he would not be objecting to the R&R. (Dkt. No. 9)

**ORDERED** that no certificate of appealability (COA) shall issue because petitioner has failed to make a "substantial showing of the denial of a constitutional right" as required by 28 U.S.C. § 2253(c)(2); and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

March 23, 2023
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge